[No. 2961–3.   Division Three.   October 18, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. TOMMY
COYLE CASEY, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 69819, Patrick McCabe, J., entered June

19, 1978. *Reversed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Roe, J.